IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DEMQUARTER HEALTHCARE INVESTORS, L.P. and COMPREHENSIVE ADULT REHABILITATIVE ENTERPRISE (CARE), INC., <br><br> Plaintiffs, <br><br> v. <br><br> WT CHAT PROPERTIES, LLC and LANDMARK ABSTRACT AGENCY, LLC, <br><br> Defendants. | * <br> * <br> * <br> Case No. 3:24-cv-83 (CDL) <br> * <br> * <br> * |

## J U D G M E N T

Pursuant to this Court's Order dated November 13, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Walton County, Georgia.

This 13th day of November, 2024.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk